IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) Criminal No. 5:18-CR-217 (FJS) |
| | ) |
| v. | ) **Indictment** |
| | ) |
| **MAX WALINTUKAN,** | ) Violation:  18 U.S.C. § 201(b)(1)(A) |
| | )             [Bribery of Public Official] |
| | ) |
| | ) 1 Count |
| | ) |
| **Defendant.** | ) County of Offense:  Onondaga |

## THE GRAND JURY CHARGES:

**COUNT 1**
**[Bribery of Public Official]**

On or about May 24, 2018, in Onondaga County in the Northern District of New York, the defendant, **MAX WALINTUKAN,** did, directly and indirectly, corruptly give and offer a thing of value to a public official with intent to influence an official act, in that the defendant handed an envelope containing United States Currency to an Immigration Services Officer with intent to influence the officer to approve WALINTUKAN's application for naturalization, in violation of Title 18, United States Code, Section 201(b)(1)(A).

Dated:   July 12, 2018

A TRUE BILL,   **NAME REDACTED

/Grand Jury Foreperson

GRANT C. JAQUITH
United States Attorney

By: _____
Sahar L. Amandolare
Assistant United States Attorney
Bar Roll No. 520259